Judge Robert J. Bryan

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JAMES BARBER<br><br>Defendant. | NO. CR13-5288RJB<br><br><br><br>ORDER GRANTING UNITED STATES'<br>MOTION TO FILE A BRIEF IN EXCESS<br>OF TWELVE PAGES |

The Court, having reviewed the Government's Motion to File a Brief in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED.  The United States may file its Consolidated Motions in Limine of 26 pages.  Defendant's Response may be up to 26 pages in length.

\\
\\
\\

PROPOSED ORDER/BARBER- 1
CR13-5288RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1

2

3      DATED this  8th day of  November, 2013.

4

5

6      _____

7      ROBERT J. BRYAN
       United States District Judge

8

9
       PRESENTED BY:
10

11     *s/ Matthew D. Diggs*
       MATTHEW D. DIGGS
12     Assistant United States Attorney

13
       *s/ Katheryn Frierson*
14     KATHERYN FRIERSON
       Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800