The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> JAMES BARBER, <br><br> Defendant. | NO. CR13-5288RJB <br><br> **ORDER CONTINUING TRIAL OF COUNT TWO OF THE INDICTMENT** |

This matter comes before the Court on the parties' Stipulated Motion to Continue the Trial Date of Count Two of the indictment. Having considered the facts set forth in the motion, and the remainder of the record, HEREBY ORDERS

IT IS ORDERED that the trial date for Count Two shall be continued from the time immediately after the trial concludes on Count One, until February 18, 2014.

DATED this 22nd day of November, 2013.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER TO CONTINUE TRIAL - 1
*U.S. v. BARBER*, CR13-5288RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

Counsel for the United States:

JENNY A. DURKAN
United States Attorney

 s/*Matthew D. Diggs*
MATTHEW D. DIGGS
Assistant United States Attorney

 s/*Katheryn Kim Frierson*
KATHERYN KIM FRIERSON
Assistant United States Attorney

Counsel for the Defendant:

 s/*Wayne Fricke via telephonic approval*
WAYNE FRICKE
Counsel for Defendant

ORDER TO CONTINUE TRIAL - 2
U.S. v. BARBER, CR13-5288RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970